2:20 PM

03/29/11

Accrual Basis

# Mariam Rabiee dba Shiraz Resturant
## Profit & Loss
### September 2010 through February 2011

|                                       | Sep '10 - Feb 11 | % of I... |
|---------------------------------------|------------------|-----------|
| **Ordinary Income/Expense**           |                  |           |
| **Income**                            |                  |           |
| Food Sales                            | 245,259.60       | 109.8%    |
| Sales Tax Paid                        | -21,798.00       | -9.8%     |
| **Total Income**                      | 223,461.60       | 100.0%    |
| **Cost of Goods Sold**                |                  |           |
| Food Purchases                        | 75,525.41        | 33.8%     |
| Restaurant Supplies                   | 417.99           | 0.2%      |
| **Total COGS**                        | 75,943.40        | 34.0%     |
| **Gross Profit**                      | 147,518.20       | 66.0%     |
| **Expense**                           |                  |           |
| Amortization                          | 2,666.48         | 1.2%      |
| Auto expense                          | 1,343.16         | 0.6%      |
| Accounting Fees                       | 1,000.00         | 0.4%      |
| Advertising and Promotion             | 3,184.82         | 1.4%      |
| Bank Service Charges                  | 11,856.75        | 5.3%      |
| Business Licenses and Permits         | 350.00           | 0.2%      |
| Cleaning                              | 360.00           | 0.2%      |
| Computer and Internet Expenses        | 155.92           | 0.1%      |
| Depreciation Expense                  | 4,692.98         | 2.1%      |
| Employee Benefits                     | 279.00           | 0.1%      |
| Equipment Rental                      | 667.29           | 0.3%      |
| Insurance Expense                     | 2,444.77         | 1.1%      |
| Misc                                  | 295.00           | 0.1%      |
| Office Supplies                       | 56.91            | 0.0%      |
| Payroll Expenses                      | 38,086.46        | 17.0%     |
| Payroll Tax Expense                   | 9,163.47         | 4.1%      |
| Payroll Data Processing               | 1,186.53         | 0.5%      |
| Property Tax                          | 158.00           | 0.1%      |
| Rent Expense                          | 34,358.96        | 15.4%     |
| Repairs and Maintenance               | 7,943.64         | 3.6%      |
| Telephone Expense                     | 2,476.53         | 1.1%      |
| Utilities                             | 6,646.22         | 3.0%      |
| **Total Expense**                     | 129,372.89       | 57.9%     |
| **Net Ordinary Income**               | 18,145.31        | 8.1%      |
| **Net Income**                        | 18,145.31        | 8.1%      |